UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CV90(SNL) |
| ) | |
| TWENTY-SECOND JUDICIAL CIRCUIT, ) | |
| EFTHIM REALTY CO., and ) | |
| MISSOURI STATE CHILD SUPPORT ) | |
| ENFORCEMENT, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 6th day of April, 2006.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**